UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RABO AGSERVICES, INC., an Iowa corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>HOWARD BAFFORD and LORALEE BAFFORD, husband and wife,<br><br>    Defendants. | NO. CV-05-0106-JLQ<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' "Stipulation to Dismiss with Prejudice" (Ct. Rec. 9). Based on the parties' stipulation, and good cause appearing therefore, **IT IS HEREBY ORDERED:**

1. The above-captioned action is **DISMISSED with prejudice**. Each party is to bear their own costs and fees.

2. The Clerk of the court shall file this Order, enter a judgment of dismissal with prejudice and close the file.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order, furnish copies to counsel, and close the file.

**DATED** this 4th day of May, 2005.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1